■ KATHLEEN BISONE, Appellant, v ARTHUR J. BISONE, Respondent. [689 NYS2d 896] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Ostrowski, J.H.O. (Appeal from Order of Supreme Court, Erie County, Ostrowski, J.H.O.—Matrimonial.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Callahan, JJ.